No. 94–6680. GREENWOOD v. BECHILL. C. A. 6th Cir. Certiorari denied.

No. 94–6682. HUFFMAN v. NORRIS, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied.

No. 94–6685. HOLLOWAY v. KAISER, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied.

No. 94–6688. REAMS v. ROCHA, WARDEN, ET AL. C. A. 9th Cir. Certiorari denied.

No. 94–6689. POTE v. SHILLINGER, ATTORNEY GENERAL OF WYOMING. C. A. 10th Cir. Certiorari denied.

No. 94–6691. MAHALEY v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–6692. DOE v. IOWA ET AL. Sup. Ct. Iowa. Certiorari denied.

No. 94–6698. DALIS v. IMMIGRATION AND NATURALIZATION SERVICE. C. A. 10th Cir. Certiorari denied.

No. 94–6699. BROWN v. CALIFORNIA. Munic. Ct. of Shasta County, Cal. Certiorari denied.

No. 94–6700. JUDD v. GONZALES, SECRETARY OF STATE OF NEW MEXICO. Sup. Ct. N. M. Certiorari denied.

No. 94–6702. SAUNDERS v. THOMPSON, WARDEN. Sup. Ct. Va. Certiorari denied.

No. 94–6705. PALOMO ET AL. v. TERRITORY OF GUAM. C. A. 9th Cir. Certiorari denied.

No. 94–6708. ROBINSON v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 94–6711. PUFFER v. LEWIS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.